# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **US BANK NATIONAL ASSOCIATION,** : | |
| : | |
| Plaintiff : | **CIVIL ACTION NO. 3:15-0404** |
| : | |
| v. : | **(MANNION, D.J.)** |
| : | |
| **JANE KUPSELAITIS** : | |
| Defendant : | |
| : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED:**

1. The plaintiff's Motion to Remand (Doc. 9) is **GRANTED**;

2. The case management conference scheduled for May 20, 2015 is Cancelled.

3. The clerk of court is directed to **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 13, 2015**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2015 MEMORANDA\15-0404-1-order.wpd